UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

Civil Docket No.: 2:25-cv-02526-SHL-tmp

Anthony "Amp" Elmore,

Plaintiff, Pro Se

v.

City of Memphis, Shelby County Government,

and Additional Defendants Named Herein,

Defendants.

**RECEIVED**

AUG 08 2025

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

---

AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

---

COMES NOW Plaintiff Anthony "Amp" Elmore, pro se, to respectfully amend his original complaint filed on May 16, 2025, and received by the Clerk of Court on May 19, 2025. This amendment seeks to add defendants, expand factual allegations, and request urgent relief regarding the misrepresentation of Orange Mound's historical legacy and the 135th Celebration.

I. ADDITIONAL DEFENDANTS TO BE NAMED

Plaintiff hereby adds the following parties as defendants:

- Tennessee Historical Commission
- Dr. Charles Williams
- Representative London Lamar
- Representative Britney Thornton

- Representative Jana Swearengen

- WKNO Public Media

- Jay Killingsworth, Producer of *A Community Called Orange Mound*

II. SUPPLEMENTAL FACTUAL ALLEGATIONS

1. Orange Mound's True Origin

Plaintiff asserts that Orange Mound was founded in 1879 by formerly enslaved African Americans, not in 1890 by E.E. Meacham, a white real estate developer. The narrative crediting Meacham is historically inaccurate and rooted in white supremacy.

2. Orange Mound 135th Celebration

Plaintiff challenges the legitimacy of the 135th Celebration of Orange Mound, which falsely commemorates the community's founding in 1890. This celebration, led by individuals including Mary Mitchell and others, perpetuates historical erasure and misrepresentation.

3. Media Misrepresentation

WKNO's 2013 film *A Community Called Orange Mound*, produced by Jay Killingsworth, falsely claims that the name "Orange Mound" derives from an Osage Orange Tree on the Deaderick Plantation. This narrative originates from Barron Deaderick, a known white supremacist, and unjustly links Orange Mound to plantation history.

4. Failure of Public Officials to Respond

Plaintiff has made repeated requests to Representatives Lamar, Thornton, and Swearengen to address the historical inaccuracies and support the placement of a historical marker. These officials have failed to respond, despite their sworn duty to serve the community.

III. RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

1. Order the placement of a historical marker at the corner of Spottswood and Boston, the site of Orange Mound's first school.

2. Compel Representatives Lamar, Thornton, and Swearengen to publicly respond to Plaintiff's inquiries and attend a hearing to address their inaction.

3. Declare the Orange Mound 135th Celebration historically inaccurate, and enjoin further public promotion of the 1890 founding narrative.

4. Hold WKNO and Jay Killingsworth accountable for propagating false historical claims.

5. Allow Plaintiff 90 days from the filing of this amended complaint to serve the newly added defendants.

IV. CONCLUSION

Plaintiff seeks justice not only for himself but for the legacy of Orange Mound and its rightful place in American history as the first Black community established after slavery. This lawsuit is a call to action against systemic erasure, white supremacy, and institutional neglect.

Respectfully submitted,

Anthony "Amp" Elmore

Plaintiff, Pro Se

1035 Semmes Street

Memphis, Tennessee 38111

Phone: (901) 503-3328

Email: anthony@elmorecarpets.com

Date: August 8, 2025