**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY ELMORE, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CITY OF MEMPHIS, SHELBY COUNTY, MEMPHIS CITY COUNCIL, SHELBY COUNTY COMMISSION, SHELBY COUNTY SCHOOL BOARD, MEMPHIS TOURISM and KEVIN KANE, CHARLES EWING, JAMILA SWEARENGEN, MEMPHIS ARTS COUNCIL, INDIE MEMPHIS, G.A. HARDAWAY, ORANGE MOUND ARTS COUNCIL, MARY MITCHELL, TONI HOLMON TURNER, PAUL YOUNG, DR. W.W. HERENTON, SHELBY COUNTY HISTORICAL COMMISSION, JIM ROUT, THE COMMERCIAL APPEAL, JOHN BEIFUSS, and LINN SITLER, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 25-cv-02526-SHL-tmp |
| Defendants. | ) | |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff Anthony Elmore's pro se complaint for a civil rights violation pursuant to 42 U.S.C. § 1983 (ECF No. 2), filed May 19, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting Report and Recommendation And Dismissing Plaintiff's Complaint Without Prejudice for Failure to State a Claim and for Lack of Standing (ECF No. 14), filed March 5, 2026, all of Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

March 5, 2026
Date